UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INDICTMENT

      -v.- : 08 Cr.

MARLON CASTILLO, :

          Defendant. :

- - - - - - - - - - - - - - - - - - x

**08 CRIM 093**

## COUNT ONE

The Grand Jury charges:

From on or about January 31, 2007, up to and including on or about January 24, 2008, in the Southern District of New York and elsewhere, MARLON CASTILLO, the defendant, unlawfully, willfully, and knowingly did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, CASTILLO downloaded videos of child pornography from a subscription-only website and saved them on compact discs in his home in the Bronx.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

_____  _____
FOREPERSON                      MICHAEL J. GARCIA
                                United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

MARLON CASTILLO

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 2252A(a)(5)(B) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Millicent Jones, Deputy*
Foreperson.

---

Post-It
11/1/87

2/6/08 - Fld. Indictment, case assigned to Judge Baer for all purposes. Arrest Warrant Issued. So Ordered.

S/ Eaton, J. U.S.M.J.