# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

*U.S.A. vs. Castillo, Marlon   Indictment#08 CR 093*

*Petition for Action on Conditions of Pretrial Release*

*COMES NOW Thomas J. Marino Jr., PRETRIAL SERVICES OFFICER,* presenting an official report upon the conduct of defendant, Marlon Castillo who on 2/13/08 appeared before United States Magistrate Judge Gabriel Gorenstein and was released with the following bail: $50,000 unsecured bond, routine Pretrial Services supervision, surrender of all travel documents and no new applications, travel restricted to the SDNY/EDNY, surrender/destroy current collection pornography, no unsupervised contact with minors, no access to internet at home or place of employment, Pretrial Services to monitor the defendant's home computer, no internet access from anywhere, except office and for business purposes and through filtered internet system.

The undersigned officer respectfully requests that the defendant's bail conditions be amended as follows: strict Pretrial Services supervision to include; a mental health assessment with treatment as deemed necessary, and the defendant is allowed to access the internet at his employment for business purposes. This officer has spoken to Assistant United States Attorney, Daniel Goldman and the defendant's attorney, Hugh Munday and they have no objection to the proposed bail modification.

*PRAYING THAT THE COURT WILL ORDER*
    *ORDER OF COURT*
    Considered and ordered this ___ day
    of _____, 2008 and ordered filed and
    made a part of the records in the above case.

Harold Baer Jr.
U.S. District Judge

*Respectfully,*

Thomas J. Marino Jr.-ext-4130
U.S. Pretrial Services Officer

*Place:* Southern District of New York
Date: February 19, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08