

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

**BY HAND**

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Marlon Castillo</u>,
             08 Cr. 93 (HB)

Dear Judge Baer:

      The Government writes to request an adjournment of the sentencing in the above-referenced matter, currently scheduled for August 21, 2008, so that the Government may obtain a psychiatric evaluation of the defendant in response to one provided by the defendant to the Government and the Probation Department on July 30, 2008. The Probation Department has indicated that it would incorporate this medical evaluation into the Presentence Investigation Report ("PSR") and that it would not seek to obtain a psychiatric evaluation of its own. As a result, the Government would like to solicit a second examination to be considered by the Probation Department and the Court. The defendant has consented to this request.

      The Government believes that this additional medical evaluation will be completed by the end of the month. In order to provide sufficient time for the Probation Department to incorporate this additional report into the PSR and provide a final PSR to the

parties and the Court in a timely manner, the Government therefore requests an adjournment of the sentencing date until late September or early October. The defendant is currently out on bail.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Daniel S. Goldman
Assistant United States Attorney
(212) 637-2289

cc: Martin Cohen, Esq. (by Facsimile)

*[Handwritten annotation by the Court:]* This application is granted subject to an expeditious production of all of reports to parties before Monday before sentencing which will take place on that day at 11 A.M. — Probation must of course have the PSR completed in time to meet statutory requirements.

SO ORDERED:

Harold Baer Jr., U.S.D.J.
8/11/08

Endorsement:

    This application is granted subject to the production to all parties of all 4 reports by the Monday before October 2, 2008 and the sentence will take place on that day at 11 A.M. -probation must of course have the PSR completed in time to meet statutory requirements.